UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-08912-ODW (KSx) | Date | August 4, 2025 |
|---|---|---|---|
| Title | *City of Hallandale Beach Police Officers & Firefighters Personnel Retirement Trust v. FIGS, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   **In Chambers**

On February 14, 2023, the Court consolidated this case with *Sean Ryan v. FIGS, Inc. et al.*, 2:22-cv-07939-ODW (AGRx), ECF No. 64. On February 13, 2025, the Court issued Judgment in the consolidated cases. *Sean Ryan v. FIGS, Inc. et al.*, 2:22-cv-07939-ODW (AGRx), ECF No. 161. Accordingly, the Court **ORDERS** that the Clerk of Court shall close this case.

: 00

Initials of Preparer   SE